In the Matter of Petition for Detachment of All of Sections Eighteen (18), Nineteen (19), Seven (7) and Six (6), All in Township Thirty-Two (32) North, Range One (1), East of Third Principal Meridian, La Salle County, Illinois, from Hopkins Township High School District Number 536, Putnam and La Salle Counties, Illinois, and Its Annexation to Tonica Community High School District Number 360, La Salle County, Illinois.

Gen. No. 10,613.

McNeilly & Ryan, for appellants; Walter D. Boyle, Robert T. Swengel, for appellees. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed September 18, 1952; rehearing denied December 10, 1952; released for publication December 18, 1952.